UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  18-225** |
| **VERSUS** | * | **SECTION:  "S"** |
| **CHRISTELLE SCHMIDT** | * | |

\* \* \*

**FACTUAL BASIS**

Should this matter have proceeded to trial the United States would have proven through testimony and relevant evidence the following:

In 2002, the defendant, **CHRISTELLE SCHMIDT** began working as a bookkeeper at Firm "A", an architectural firm located in the Eastern District of Louisiana.

Firm A's financial assets were on deposit with First American Bank, Synchrony Bank, Capital One, and J.P. Chase Morgan, in the Eastern District of Louisiana. The deposits of these institutions were insured by the Federal Deposit Insurance Corporation (FDIC).

The defendant, **CHRISTELLE SCHMIDT**, was directly responsible and was heavily involved in the Firm A's bookkeeping and accounting functions.

The defendant **CHRISTELLE SCHMIDT** beginning at a time of unknown, but starting around 2002 and continuing through 2017 did take and carry away approximately $591,488 under the care and custody control of Capital One, Synchrony Bank, and J.P. Morgan Chase Bank. Defendant **CHRISTELLE SCHMIDT** stole money from Firm A by using credit cards for her own personal purposes and paying the cards using Firm A funds without Firm A's permission.

**CHRISTELLE SCHMIDT** had the following cards in her possession:

| Card Issuer: | Name on Card: | Account Number: |
|---|---|---|
| Capital One | Firm "A" Owner and Christelle Schmidt | 6548 |
| Synchrony Bank | Firm "A" Owner | 2703 |
| J.P. Morgan Chase Bank | Firm "A" Owner | 1678 |
| Capital One GM Card | Firm "A" Owner | 4058 |

Firm "A" placed its trust in **CHRISTELLE SCHMIDT** by issuing her firm credit cards. **CHRISTELLE SCHMIDT** betrayed that trust by using the cards for non-business related personal expenses, but used Firm A's electronic (ACH) system with banks to pay the credit cards and steal Firm A's money, without Firm A's permission.

Defendant, **CHRISTELLE SCHMIDT**, paid the credit cards she used for personal items with Firm A funds electronically using the automated clearing house (ACH) system. The Firm A's bank accounts at First American Bank were also fraudulently used to pay the charges.

These facts would be proven with physical evidence and testimony of Agents of the

United States Secret Service, employees of various financial institutions and Firm A.


_____          3 – 14 – 19
CARTER K. D. GUICE, JR.                   Date
Assistant United States Attorney


_____          3/14/19
CHRISTELLE SCHMIDT                        Date
Defendant


_____          3 - 14 - 19
GARY SCHWABE, ESQ.                        Date
Attorney for Defendant


3